**EXPERT WITNESS ACKNOWLEDGMENT**

**OF STIPULATED PROTECTIVE ORDER**

I,_____, acknowledge that I have read the Stipulated Protective Order entered in this action, *West v. City of Caldwell, et al.*, United States District Court District of Idaho Case No. 1:16-cv-359-REB. I understand the terms of the Stipulated Protective Order, and I agree to be bound by it. I further understand that a violation of this Stipulated Protective Order may be punishable as a contempt of court.

Dated: _____    _____
                                    [*Signature*]

**EXHIBIT A**