# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

Shaniz West     Plaintiff(s):     **AFFIDAVIT OF SERVICE**

vs.

City of Caldwell et al.     Defendant(s):     Case Number: 1:16-cv-359-REB

For:
Fisher Rainey Hudson
950 W. Bannock St., Ste. 630
Boise, ID 83702

| | |
|---|---|
| STATE OF IDAHO | ) |
| | :ss |
| COUNTY OF ADA | ) |

Received by Tri-County Process Serving LLC on December 16, 2016 to be served on **DISASTER KLEENUP SERVING TREASURE VALLEY**.

I, Antonio Roque, who being duly sworn, depose and say that on Monday, December 19, 2016, at 12:32 PM, I:

**SERVED** the within named **Disaster Kleenup Serving Treasure Valley** by delivering a true copy of the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action** to Rachel Ikler, Office Manager, a person authorized to accept service on behalf of Disaster Kleenup Serving Treasure Valley. Said service was effected at **701 N. Kings Rd., Nampa, ID 83687**.

I hereby acknowledge that I am a Process Server in the county in which service was effected. I am over the age of Eighteen years and not a party to the action.

Our Reference Number: 156957
Client Reference: Rebecca Rainey

Subscribed and sworn before me today
Monday, December 19, 2016

**TRI-COUNTY PROCESS SERVING LLC**
P.O. Box 1224
Boise, ID, 83701
(208) 344-4132

Notary Public for the State of Idaho
Residing at Boise, Idaho
My Commission Expires on November 20, 2018