# EXHIBIT D

TO DECLARATION OF LANDON BROWN

<u>CD Mailed to Docketing Clerk and Plaintiff</u>

Shaniz West v. City of Caldwell, et al
D.C. No.  1:16-cv-00359-REB
U.S. District Court of Idaho