# Caldwell Police Department Supplement

On 012917, I was looking through my Crisis Negotiation bag to see if I had any recordings from an incident that occurred on 081114.  There were no recordings from that night.  While looking through the bag, I found the phone that was used to make several calls that day.  All of the placed and received calls were still showing on the call log.  The following is a list of the phone calls:

"Dialed Calls"

Mon Aug 11, 5:31 pm  208-965-0377  01m 17s
Mon Aug 11, 5:33 pm  208-703-5930  02m 21s
Mon Aug 11, 5:36 pm  208-965-0732  00m 35s
Mon Aug 11, 5:38 pm  208-965-0732  01m 39s
Mon Aug 11, 5:50 pm  208-965-0732  00m 27s
Mon Aug 11, 5:58 pm  208-965-0732  00m 32s
Mon Aug 11, 6:58 pm  208-250-7159  00m 36s
Mon Aug 11, 7:36 pm  208-454-7531  00m 26s
Mon Aug 11, 7:40 pm  208-454-7531  01m 38s
Mon Aug 11, 8:28 pm  208-965-0732  00m 56s

"Received Calls"

Mon Aug 11, 6:24 pm  208-965-0732  02m 53s
Mon Aug 11, 7:33 pm  208-965-0732  01m 41s
Mon Aug 11, 8:20 pm  208-965-0732  02m 39s
Mon Aug 11, 9:31 pm  208-965-0732  01m 58s


No text messages were sent or received.

Cpl. C. Sperry #145                                                                                   1 of 1